UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
:
    -v-                                                          :          22-CR-343-9 (JMF)
:
MAMADOU DIALLO,                                                        :          <u>SCHEDULING ORDER</u>
:
                   Defendant.                                    :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, unless and until the Court orders otherwise, the parties shall appear for a conference with the Court on **February 13, 2024** at **4:30 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.  (If the parties are unable to appear tomorrow — either on account of weather or defense counsel's ongoing trial — they should promptly alert the Court and the Court will reschedule the proceeding for Friday. Additionally, the parties should monitor the Court's website and the docket for any alerts based on the weather.)

       In accordance with Section 7(B) of the Court's Individual Rules and Practices for Criminal Cases, defense counsel should, in advance of the proceeding, review with the Defendant — if necessary, with the assistance of an interpreter — any *Pimentel* letter or plea agreement.  Additionally, the Defendant should be prepared to give narrative allocutions that incorporate all of the elements of the offense(s) to which the Defendant is pleading guilty.  In the interest of clarity and efficiency, the Court encourages counsel to assist the Defendant in writing an allocution that can be read in open court during the plea proceeding.

       SO ORDERED.

Dated: February 12, 2024                                _____
       New York, New York                             JESSE M. FURMAN
                                                         United States District Judge