UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                        :

UNITED STATES OF AMERICA,           :

                             :

             -v-                  :          22-CR-343-9 (JMF)

                             :

MAMADOU DIALLO,               :          <u>ORDER</u>

                             :

                 Defendant.        :

                             :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has received a request from Defendant's counsel on appeal for a copy of the

Presentence Investigation Report ("PSR") and the Statement of Reasons filed in connection with

the judgment pursuant to Title 18, United States Code, Section 3553(c)(2) and Title 28, United

States Code, Section 994(w)(1)(B), presumably for use in connection with Defendant's appeal.

The Court has, today, sent a copy of the PSR and the Statement of Reasons to Defendant's

counsel and counsel for the Government. The PSR and the Statement of Reasons otherwise

remains under seal in accordance with law.

      SO ORDERED.

Dated: May 2, 2025
      New York, New York                          _____
                                              JESSE M. FURMAN
                                    United States District Judge